UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>J.F. Liquidating Corporation<br>d/b/a Burger Boy,<br><br>    Debtor | Chapter 11<br>Case No. 25-10241 |

## ORDER TO SHOW CAUSE AT HEARING

  On November 24, 2025, J.F. Liquidating Corporation d/b/a Burger Boy filed a Voluntary Petition for Non-Individuals Filing for Bankruptcy [Dkt. No. 1], identifying the debtor as a corporation.  In general, a nonindividual—such as a corporation—must be represented by a licensed attorney when seeking relief in federal court, including in bankruptcy court-.  *See* Schreibman v. Walter E. Heller & Co. (In re Las Colinas Dev. Corp.), 585 F.2d 7, 11-13 (1st Cir. 1978); *see also* Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-02 (1993) (collecting cases).  Under this Court's local rules, such an attorney must be one who is permitted to practice in the United States District Court for the District of Maine.  *See* D. Me. LBR 9010-1(a)(1).  In addition, J.F. Liquidating Corporation filed its voluntary petition but did not pay the required filing fee for a chapter 11 case.

  At a hearing on November 24, 2025, at 1:30 p.m., J.F. Liquidating Corporation is ordered to show cause (that is, explain) why this case should not be dismissed due to J.F. Liquidating Corporation's (i) lack of required legal representation and (ii) failure to pay the filing fee for the chapter 11 case.  The hearing will be held at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine.  Interested parties can participate in person in the courtroom in Bangor,

1

by video from the courtroom in Portland (at the United States Bankruptcy Court, 537 Congress Street, 2nd Floor, Portland, Maine), or by telephone.[1]

    Dustin Mancos is ordered to notifying the foreclosing mortgagee, its attorney (if any), and the auctioneer of the hearing scheduled for 1:30 p.m. Such notification may be via telephone or e-mail or other means of giving immediate notice.

Dated: November 24, 2025

                                          Michael A. Fagone
                                          United States Bankruptcy Judge
                                          District of Maine