# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

## LIST OF CREDITORS (CREDITOR MATRIX)

First National Bank
P.O. Box 777, Exchange Street
Bangor, ME 04401

Murray Plumb & Murray
75 Pearl Street, P.O. Box 9785
Portland, ME 04104-5085

Keenan Auction Company, Inc.
2063 Congress Street
Portland, ME 04102

Dennis Food Service
101 Mecaw Rd
Hampden, ME 04444

Versant Power
P.O. Box 932
Bangor, ME 04402-0932

I certify under penalty of perjury that the attached List of Creditors is correct and consistent with the debtor's schedules.

Executed on _____

/s/ Dustin Mancos
Dustin Mancos, Authorized Representative
J.F. Liquidating Corporation, DBA Burger Boy
EIN: 01-0477439
234 Sweden Street
Caribou, ME 04736
(207) 551-7882
dustin.mancos@gmail.com