**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>J.F. Liquidating Corporation,<br><br>Debtor | Chapter 11<br>Case No. 25-10241 |

**ORDER DISMISSING CASE**

The debtor, a corporation organized under state law, commenced this chapter 11 case on November 24, 2025. The Court immediately issued an Order to Show Cause [Dkt. No. 3] and held a hearing at 1:30 p.m. For reasons set forth on the record at the hearing, the case is dismissed. *See* 11 U.S.C. § 1112(b).

Dated: November 24, 2025

Michael A. Fagone
United States Bankruptcy Judge
District of Maine

1